# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-13216 EEB |
| JULIO CESAR BARRERA ) | Chapter 7 |
| MARIA DE LA LUZ MORO, ) | |
| ) | |
| Debtors. ) | |

## JUDGMENT

Pursuant to and in accordance with the Order Denying Motion for Turnover of Sales Proceeds, entered on January 13, 2020, by the Honorable Elizabeth E. Brown, Bankruptcy Judge, it is hereby

ORDERED AND ADJUDGED that the Trustee's Motion for Turnover is DENIED.

DATED: January 13, 2020.

APPROVED BY THE COURT:                FOR THE COURT:

_____              _____
Elizabeth E. Brown                      Deputy Clerk
United States Bankruptcy Judge