# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE: <br><br> JULIO CESAR BARRERA, <br> MARIA DE LA LUZ MORO <br><br> Debtors. | BAP No. CO-20-003 |
| SIMON E. RODRIGUEZ, <br> Chapter 7 Trustee, <br><br> Appellant, <br><br> v. <br><br> JULIO CESAR BARRERA and <br> MARIA DE LA LUZ MORO, <br><br> Appellees. | Bankr. No. 16-13216 EEB <br><br> Adv. No. 18-01259 EEB <br><br> Chapter 7 |

## NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Simon E. Rodriguez, chapter 7 trustee, the appellant, appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment, order and unpublished opinion of the United States Bankruptcy Appellate Panel for the Tenth Circuit, entered in this case on October 2, 2020, affirming the United States Bankruptcy Court for the District of Colorado's Order Denying Motion for Turnover of Sales Proceeds, entered in Adversary Proceeding No. 18-01259 EEB on January

13, 2020.

The parties to the judgment, order and unpublished opinion appealed from and the names and addresses of their attorneys are as follows:

Julio Barrera and Maria Moro are represented by:

Erik B. Atzbach
88 Inverness Circle East, Suite A-201
Englewood, CO 80112
(303) 885-8886

Dated this 15th day of October, 2020.

    Respectfully submitted,

    WADSWORTH WARNER CONRARDY, P.C.

    */s/ David V. Wadsworth*
    David V. Wadsworth, #32066
    2580 West Main Street, Suite 200
    Littleton, Colorado 80120
    (303) 296 1999 /Fax: (303) 296-7600
    dwadsworth@wgwc-law.com
    *Attorneys for Plaintiff Simon E. Rodriguez,*
    *Chapter 7 Trustee*

## CERTIFICATE OF MAILING

      I do hereby certify that on this 15th day of October, 2020, a true and correct copy of the above and foregoing **NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT** was served by electronic filing through the CM/ECF system where indicated, as well as by first-class U.S. Mail, postage prepaid thereon, to those persons listed below:

Erik B. Atzbach
88 Inverness Circle East, Suite A-201
Englewood, CO 80112

                */s/ Dorelia E. Tackett*
                For Wadsworth Garber Warner Conrardy, P.C.